FILED
October 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. SA-23-CR-578-OLG |
| § | |
| ADRIAN AGUSTIN DEHOYOS § | |

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Recommendation") (Dkt. No. 52), filed on June 28, 2024, concerning Defendant Adrian Agustin Dehoyos's ("Defendant") Motion to Suppress (Dkt. No. 28). Defendant timely filed objections (the "Objections") (Dkt. No. 54) to the Recommendation, to which the Government filed a response.

When a party objects to a Magistrate Judge's report and recommendation, the Court conducts a *de novo* review as to those portions of the report and recommendation to which an objection is made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Frivolous, conclusory, or general objections need not be considered by the district court. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the Magistrate Judge's finding or recommendation that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the Recommendation is correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections are **OVERRULED**, the Recommendation (Dkt. No. 52) is **ACCEPTED** and, for the reasons set forth therein, Defendant's Motion to Suppress (Dkt. No. 28) is **DENIED**.

2

**SIGNED** this 8th day of October, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE